**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:15-CR-130 |
| ) | 2:16-CR-28 |
| JOSE LUIS MORALES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Andrew P. Rodovich, filed on October 27, 2016. Magistrate Judge Rodovich has recommended that Jose Luis Morales' supervised release be revoked and that he be sentenced to the Bureau of Prisons for a period of ten months, with no supervised release to follow. No party has filed an objection to date, and the time period for doing so has passed. Therefore, upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation of Magistrate Judge Rodovich. Accordingly, Jose Luis Morales' supervised release is revoked and he is sentenced to 10 months of incarceration, with no supervised release to follow.

**DATED: November 23, 2016**          **/s/RUDY LOZANO, Judge**
                                       **United States District Court**